UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-CR-424 (DLF) |
| | : | |
| EVERETT HAYES, | : | VIOLATION: |
| | : | 22 D.C. Code § 22-4503(a)(1) |
| Defendant. | : | (Unlawful Possession of a Firearm (Prior Conviction)) |
| | : | |
| | : | |
| | : | |

# INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about October 21, 2020, within the District of Columbia, **EVERETT HAYES**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the U.S. District Court for the District of Columbia, Case No. 03-cr-500, and in the D.C. Superior Court, Case No. 1991-FEL-010131, did own, keep, and had within his possession and control, a firearm, that is, a CW40 KAHR Arms pistol.

(**Unlawful Possession of a Firearm (Prior Conviction)**, in violation of Title 22, D.C. Code, Section 4503(a)(1))

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By: _____
KEVIN BIRNEY
Assistant United States Attorney
D.C. Bar No. 1029424
United States Attorney's Office
555 Fourth Street NW, Room 4828
Washington, DC 20530
202-252-7165
kevin.birney@usdoj.gov