# United States Court of Appeals
District of Columbia Circuit
Washington, D.C. 20001-2866

Mark J. Langer
Clerk

January 26, 2022

General Information
(202) 216-7000

Angela Caesar, Clerk
United States District Court
for the District of Columbia
333 Constitution Ave., NW
Washington, D.C. 20001

Attn: Michael Wint

Dear Ms. Caesar:

Enclosed please find correspondence from Everett Hayes, Jr., received in this office on January 24, 2022. The submission appears to be a letter related to case No. 21-cr-424, USA v. Hayes, in your court. This submission was addressed to the District Court but mistakenly delivered to the Court of Appeals. Accordingly, this is being transmitted to you for appropriate handling.

Sincerely,

Nancy G. Dunn

Nancy G. Dunn
Deputy Special Counsel

Enclosure

cc:  Joseph Roll Conte
     Law Offices of J.R. Conte, PLLC
     400 Seventh Street, NW
     Suite 206
     Washington, D.C. 20004

1/5/22
UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

JAN 24 2022
RECEIVED

Dear Honorable Judge Friedrick,

I am due to be sentenced in front of you Jan. 25, 2022. As of now I am suffering from Covid-19. It felt like I was gone die the first 3 days. Excruciating pain! Once tested and confirmed I was transfered to another cell block. I would expect it to be a sterile environ. However, the cell is full of bird feces. Over run with spiders. I told the officer could he please move me. He told me he'll give me cleaning supplies. Wich he never did. Anyway. I am to weak and sick to clean up. Today is the 5th of Jan. I asked for a legal call to no avail. Judge Friedrich can you please review this incident thoroughly. I know I have a crazy drug addicted past. Thats not me no more. The prosecutor is trying to depict me as a felon in the streets with a fire arm. And made me agree to the statement of facts. It can be seen on camera (that the officers wear) that I was searched by two officers and observed by 6 or 7 more. Its no way that I had a gun on me. I called the police after I was robbed. Why would I call the police if I'm not being law abiding. I called so they could help me. I learned my lesson. I no longer use drugs nor can be manipolated to get them. I have

all type of trades. I made sure I equiped myself for my return to society. I tried to make myself 100% better than I was. I learned how to trade stock, speak spanish, small appliance repair, etc. Just to come home to this insuring pandemic. Sent to a half way house that was shut down because of the pandemic. Forced to go home to my elderly Mother penniless with no job. Yet and still, I didn't revert back to old behavior. I never picked up drugs as copout. I ~~preservere~~ pesservered the best I could. Jobs wasn't available. Only thing I could do was go stand with the rest of the people seeking work and hope to be picked. And most of the time I was. I worked hard in demolition or trash removal. Atleast I would have money for food for Mom and I. I did my best! Only to be robbed by two punks at gun point and injure myself escaping. I called the police. Only thing I did wrong was getting in that ambulance going to that hospital. Going in that bathroom. As I was leaving out the stall I saw a nap sac hanging on the hook. Me being dissheveled after being robbed at gun point. And all my $ being taking, thought maybe I could recoup my losses and turn the bag in to the security officer. But when I dumped out the contents. I was n for

a rude awakening. All I could do was stuff everything back into the bag and put it back. Before I could finish people was coming in so I ~~slid~~ slung the nap sac back in the stall and put the gun under my arm to hide it. As the two dudes walked in, I walked out looking for the nearest trash can. After I could find one, I saw that door with the slot. I had to get that away from me. So I put it there to do so) I've been locked up 14 months for this. My intentions were not criminal. If so I would have kept everything and just left the hospital. A gun like that could fetch a $1200 in the streets. And I definitely needed the $. But that aint my lifestyle. I was through with that anti-social life. Thats why I emmersed myself in pro-social activities. I'm approaching 51 with a 74 year old mother whose health & perspicocity is deblitateng rapidly. I'm the only one thats going to make sure shes cared for properly. I will work two jobs to take care of her. I've been through hell trying to figure life out after learning all the wrong things. I've retrained my brain to be a better person. I recognized my problems & correctected them. It was no criminal intent in my actions. Soon as I found it, I done all I could to dispose of it. Wich is possession. But if I left it on the wash area the people

would identified me as the person they seen by it. I'm sorry! I'm sorry for even touching that bag that wasn't mine. I've been punished so harsh in these 14 months. When I came to jail my fiance was with child. This has stressed her to the point of miscarriage. I'm suffering still as a result actions. I know she is too. To the point that were not together. Two months later my Mom has a stroke. Why she's fighting for her life. I'm in here and can't help in no way. Then my Nephew who thinks I'm a hypocrite because he heard I was locked up for a gun. After telling him to stay away from old people, places, and things. And to work hard, aventually it will pay off etc. Our last conversation was heated on March 28, 2021. April 6, 2021, they find him shot 6 times after being robbed in a place he use to be. I wear all that because if I was there, none of this would have occurred. I'm sure of that! Your Honor, please let me return to society to be the man I know I can be. I'll counsel the youth and try as hard as possible to persuade them to stay in school and seek a career they will enjoy. I will waste in here. I cant even relate to this invironment. My past is decades old. I see my guidelines say I'm available for a short split. I always got punish to the fullest.

Please Consider my guidelines. Any more time will totally wipe out my future. I will be on supervision if so. And if I so much as I walk. Break any laws, You can put me away forever. I done the best I could out there with no problems until I got robbed and injured. If it wasn't for that, I know at this moment I'de be painfuly employed with a son/daughter. Please give me a chance. You will not see me again in no Court room, ever!!

P.S. Thank you for your time and patience

Sincerely Your's

Everett Hayes

Inmate Name: Everett Hayes
Register Number: 27077-016
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

HARRISBURG PA 171
20 JAN 2022 PM 3 L



2000132733

United States District Court
of the District of Columbia
C/o The Honorable Judge "Dabney" Friedrick
555 Constitution Ave NW
Washington D.C. 20001